UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | CV 13-1705 DSF (PJWx) | Date | 4/17/13 |
|---|---|---|---|
| Title | Diana Gallego v. JPMorgan Chase Bank, N.A., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order REMANDING Case to State Court

     This case was removed by the FDIC pursuant to 28 U.S.C. § 1441(b) and 12 U.S.C. § 1819(b)(2)(A). On April 5, 2013, the FDIC was dismissed from the case. As the presence of the FDIC as a party was the only basis for original jurisdiction, the Court now declines supplemental jurisdiction. 28 U.S.C. § 1367(c)(3).

     The case is REMANDED to the Superior Court of California, County of Los Angeles.

     IT IS SO ORDERED.